| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Boasberg, James E. | 2. Court or Organization<br><br>U.S. District Court, District of Columbia | 3. Date of Report<br><br>05/03/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Ave. NW<br>Washington, DC 20001 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice-Chair | St. Albans School Governing Board |
| 2. Vice-President | Edward Bennett Williams Inn of Court |
| 3. Executor | Estate #1 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 13

**Name of Person Reporting**

Boasberg, James E.

**Date of Report**

05/03/2013

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|------|-----------------|-------------------------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2012 | Alarm.com -- Salary and bonus |
| 2. 2012 | Wedding Wire -- salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|--------|-------|----------|---------|------------------------|
| 1. NYU Law School | Apr. 16-17, 2012 | New York, NY | Speaking on Panel | Hotel, transportation |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sidwell Friends School | Tuition | L |
| 2. | St. Albans School | Tuition | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Street Equity Index Fund - A | | None | L | T | | | | | |
| 2. State Street Equity Index Fund - B | | None | M | T | Buy (add'l) | 10/15/12 | J | | |
| 3. State Street Equity Index Fund - C | | None | M | T | Buy (add'l) | 10/15/12 | J | | |
| 4. | | | | | | | | | |
| 5. Brokerage Account #1 | | | | | | | | | |
| 6. --BRKA | | None | M | T | | | | | |
| 7. --CSCO | B | Dividend | L | T | | | | | |
| 8. --INTC | B | Dividend | L | T | | | | | |
| 9. --LLTC | B | Dividend | K | T | Sold (part) | 6/11/12 | J | B | |
| 10. --MDT | A | Dividend | K | T | Sold (part) | 10/3/12 | K | D | |
| 11. --MSFT | B | Dividend | L | T | | | | | |
| 12. --MCO | A | Dividend | K | T | Sold (part) | 10/3/12 | K | E | |
| 13. --PG | B | Dividend | L | T | | | | | |
| 14. --WAG | B | Dividend | L | T | Sold (part) | 6/11/12 | K | | |
| 15. --WU | A | Dividend | J | T | Sold (part) | 10/3/12 | J | D | |
| 16. --Fidelity US Treasury Money Market | A | Int./Div. | L | T | | | | | |
| 17. Brokerage Account #2 (IRA) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --CSCO | B | Dividend | K | T | | | | | |
| 19. --JNJ | C | Dividend | L | T | | | | | |
| 20. --LLTC | B | Dividend | K | T | | | | | |
| 21. --MSFT | B | Dividend | K | T | | | | | |
| 22. --PG | B | Dividend | K | T | | | | | |
| 23. --WAG | A | Dividend | K | T | | | | | |
| 24. --WU | A | Dividend | J | T | | | | | |
| 25. --Fidelity Cash/Money Market | A | Int./Div. | L | T | | | | | |
| 26. Brokerage Account #3 (IRA) | | | | | | | | | |
| 27. --BRKA | | None | N | T | | | | | |
| 28. --CSCO | B | Dividend | L | T | | | | | |
| 29. --JNJ | C | Dividend | L | T | | | | | |
| 30. --LLTC | B | Dividend | L | T | | | | | |
| 31. --MSFT | B | Dividend | K | T | | | | | |
| 32. --PG | A | Dividend | J | T | | | | | |
| 33. --WAG | A | Dividend | K | T | | | | | |
| 34. --WU | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Cash/Money Market | A | Int./Div. | K | T | | | | | |
| 36. Brokerage Account #4 (Trust) | | | | | | | | | |
| 37. --BRKB | | None | K | T | Sold (part) | 10/3/12 | J | C | |
| 38. --CSCO | A | Dividend | K | T | | | | | |
| 39. --INTC | A | Dividend | J | T | | | | | |
| 40. --JNJ | A | Dividend | J | T | | | | | |
| 41. --LLTC | A | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. --MDT | A | Dividend | | | Sold | 10/3/12 | J | C | |
| 44. --MSFT | A | Dividend | J | T | | | | | |
| 45. --MCO | A | Dividend | J | T | Sold (part) | 10/3/12 | J | D | |
| 46. --PG | A | Dividend | J | T | | | | | |
| 47. --WAG | A | Dividend | J | T | Sold (part) | 10/3/12 | J | | |
| 48. --WU | A | Dividend | J | T | | | | | |
| 49. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 50. Brokerage Account #5 (Trust) | | | | | | | | | |
| 51. --BRKB | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --CSCO | A | Dividend | J | T | | | | | |
| 53. --JNJ | A | Dividend | J | T | | | | | |
| 54. --LLTC | A | Dividend | J | T | | | | | |
| 55. --MDT | A | Dividend | J | T | | | | | |
| 56. --MC0 | A | Dividend | K | T | | | | | |
| 57. --PG | A | Dividend | K | T | | | | | |
| 58. --WAG | A | Dividend | J | T | | | | | |
| 59. --MSFT | A | Dividend | K | T | | | | | |
| 60. --Fidelity Municipal Money Market | A | Int./Div. | J | T | | | | | |
| 61. Brokerage Account #6 (Trust) | | | | | | | | | |
| 62. --BRKB | | None | K | T | | | | | |
| 63. --CSCO | A | Dividend | J | T | | | | | |
| 64. --INTC | A | Dividend | J | T | | | | | |
| 65. --JNJ | A | Dividend | J | T | | | | | |
| 66. --LLTC | A | Dividend | J | T | | | | | |
| 67. --MDT | A | Dividend | J | T | | | | | |
| 68. --MSFT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --MCO | A | Dividend | K | T | | | | | |
| 70. --PG | A | Dividend | K | T | | | | | |
| 71. --WAG | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. --Fidelity Municipal Money Market | A | Int./Div. | J | T | | | | | |
| 74. Brokerage Account #7 (Trust) | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. --BRKB | | None | K | T | | | | | |
| 77. --CSCO | A | Dividend | J | T | | | | | |
| 78. --JNJ | A | Dividend | J | T | | | | | |
| 79. --LLTC | A | Dividend | J | T | | | | | |
| 80. --MSFT | A | Dividend | J | T | | | | | |
| 81. --MCO | A | Dividend | J | T | | | | | |
| 82. --PG | A | Dividend | J | T | | | | | |
| 83. --WAG | A | Dividend | J | T | | | | | |
| 84. --Fidelity Municipal Money Market | A | Int./Div. | J | T | | | | | |
| 85. Rental Property #1, Washington, DC | D | Rent | O | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Wells Fargo Bank | A | Interest | K | T | | | | | |
| 87. | Wells Fargo Bank | A | Interest | J | T | | | | | |
| 88. | Wells Fargo Bank | A | Interest | J | T | | | | | |
| 89. | Galaxy Desserts | | None | | | Sold | 1/26/12 | J | D | |
| 90. | Note Receivable -- ▓ King St. LLC | D | Interest | L | T | | | | | |
| 91. | Armstrong Equity Partners | | None | M | U | | | | | |
| 92. | DAG, LLC | | None | J | U | | | | | |
| 93. | DAG II, LLC | D | Distribution | K | U | | | | | |
| 94. | | | | | | | | | | |
| 95. | ▓ 6th St., LLC | | None | J | W | Buy | 5/30/12 | J | | General Partner |
| 96. | Mackey's, LLP | | None | J | W | | | | | |
| 97. | Bedrock Billiards, LLP | A | Dividend | J | W | | | | | |
| 98. | Buffalo Billiards, LLP | B | Distribution | J | W | | | | | |
| 99. | Carpool, LLP | D | Distribution | K | W | | | | | |
| 100. | Buffalo Billiards (TN), LLP | | None | J | W | | | | | |
| 101. | Buffalo Billiards (TX), LLP | A | Distribution | J | W | | | | | |
| 102. | Alarm.com | E | Dividend | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brokerage Account #2 (cont.) | | | | | | | | | |
| 104. --INTC | A | Dividend | K | T | | | | | |
| 105. Brokerage Account #8 | | | | | | | | | |
| 106. --KKD | | None | J | T | | | | | |
| 107. -- ETrade bank Money Market | A | Int./Div. | J | T | | | | | |
| 108. Brokerage Account #9 | | | | | | | | | |
| 109. --LOW | A | Dividend | J | T | | | | | |
| 110. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 111. Brokerage Account #10 | | | | | | | | | |
| 112. --LOW | A | Dividend | J | T | | | | | |
| 113. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 114. T. Rowe Price Cap. Appr. Fund | | None | K | T | | | | | |
| 115. Vanguard Growth & Income Fund | | None | K | T | | | | | |
| 116. T. Rowe Price Sci & Tech Fund | | None | K | T | | | | | |
| 117. | | | | | | | | | |
| 118. Brokerage Account #11 (Executor) | | | | | | | | | |
| 119. --CSCO | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --MSFT | C | Dividend | L | T | | | | | |
| 121.  --MCO | A | Dividend | K | T | | | | | |
| 122.  --BRKB | | None | M | T | | | | | |
| 123.  --WU | A | Dividend | J | T | | | | | |
| 124.  --MDT | A | Dividend | K | T | | | | | |
| 125.  --JNJ | C | Dividend | L | T | | | | | |
| 126.  --WAG | B | Dividend | K | T | | | | | |
| 127.  --LLTC | C | Dividend | L | T | | | | | |
| 128.  --Money Market Fund | A | Int./Div. | L | T | | | | | |
| 129. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 05/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I became the executor of a ▯▯▯▯▯ estate during 2012.  The brokerage account for the estate is listed on line 118.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Boasberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544